```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL INSURANCE COMPANY,

        Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY S.A.,

        Defendant.

1:21-cv-4833-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on June 1, 2021. [ECF No. 1]. Aa waiver of service of summons and complaint was filed on the docket on July 8, 2021. [ECF No. 6]. According to that waiver, Defendant's response to the complaint was due August 9, 2021. [ECF No 6]. No response was filed, and Plaintiff has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by November 23, 2021. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by November 23, 2021 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: November 15, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**